**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CS BUSINESS SYSTEMS, INC., a foreign for-profit corporation, JAMES L. SHELTON AND VIRGINIA L. SHELTON, husband and wife, BRAD HECKENBERG AND LANA C. HECKENBERG, husband and wife, PJS RENTAL, LLC, a foreign limited liability company, WON Y. SHIN TRUST, WON Y. SHIN TRUSTEE, BART SUTHERIN AND KATHRYN SUTHERIN, husband and wife, ITZ GROUP, LLC, a foreign limited liability company,

Plaintiffs,

v.

DWIGHT C. SCHAR, PAUL E. SIMONSON, DCS INVESTMENTS HOLDINGS GP, LLC, DCS REAL ESTATE INVESTMENTS, LLC, a Virginia and Florida Limited Liability Company, DCS REAL ESTATE INVESTMENTS, LLC, a Florida Limited Liability Company, DCS REAL ESTATE INVESTMENTS I, LLC, a Florida Limited Liability Company, DCS REAL ESTATE INVESTMENTS II, LLC, a Florida Limited Liability Company DCS REAL ESTATE INVESTMENTS III, LLC, a Florida Limited Liability Company DCS REAL ESTATE INVESTMENTS IV, LLC, a Florida Limited Liability Company DCS REAL ESTATE INVESTMENTS IV-A, LLC, a Florida Limited Liability Company DCS REAL ESTATE INVESTMENTS V, LLC, a Florida Limited Liability Company BELLA COLLINA PROPERTY OWNERS ASSOC., INC., DAVID BURMAN, AEGIS COMMUNITY MANAGEMENT SOLUTIONS, INC., a Florida for-profit corporation, RANDALL F. GREENE, KEITH CLARKE, PAUL LEBREUX, RICHARD C. ARRIGHI, JAMES D. RYAN, MICHAEL J. RYAN, THE RYAN LAW GROUP, LLC, CULLEN D'AMBROSIO, ROCKING RED H, LLC, RICKY L. SCHARICH, BELLA COLLINA TOWERS, LLC

Defendants,

_________________________________/

**NO. 6: 17-CV-00364-RBD-TBS**

CERTIFICATION OF RELATED CASES

**TRO AND INJUNCTIVE RELIEF SOUGHT**

**CLASS ACTION**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CS BUSINESS SYSTEMS, INC., a foreign for-profit corporation, at al.,
Plaintiffs,
v.
DWIGHT C. SCHAR, et al.
Defendants,

______________________________/

**NO. 6: 17-CV-00364-RBD-TBS**

**CERTIFICATION OF RELATED CASES**

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

a. Bella Collina, POA v. Bart and Kathryn Sutherin (2 cases) at 1016-CA-002113 and 2015-CA-1532
b. Bella Collina POA v. CSBS, et al. at 2012-CS-001810
c. DCS v. Shin Trust, Won Y. Shin, Trustee at 2016-CA-001018
d. DCS v. PJS Rental, LLC at 2016-CA-000903
e. Heckenberg and ITZ v. Bella Collina POA, et al. 2015-CA-00180
f. Approximately 400 suits filed by DCS controlled POA against lot owners known to Defendants
Including approximately 30-40- ongoing cases

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated 3-3-2017

_/s/ E. Timothy McCullough_____
E. TIMOTHY McCULLOUGH, Esq.
Trial Counsel for Plaintiffs
Florida Bar Number: 0033624
7463 Conroy Windermere Rd., Suite A
Orlando, FL 32835

Telephone: (407)601-6941
Fax: (407) 601-5982
mmlawecf@gmail.com
timlaw81@aol.com