UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CS BUSINESS SYSTEMS, INC.; JAMES
L. SHELTON; VIRGINIA L. SHELTON;
BRAD HECKENBERG; LANA C.
HECKENBERG; PJS RENTAL, LLC;
WON Y. SHIN TRUST; WON Y. SHIN;
BART SUTHERIN; KATHRYN
SUTHERIN; and ITZ GROUP, LLC,

    Plaintiffs,

v.                                                                                     Case No. 6:17-cv-364-Orl37TBS

DWIGHT C. SCHAR; PAUL E.
SIMONSON; DCS INVESTMENTS
HOLDINGS GP, LLC; DCS REAL
ESTATE INVESTMENTS, LLC; DCS
REAL ESTATE INVESTMENTS I, LLC;
DCS REAL ESTATE INVESTMENTS II,
LLC; DCS REAL ESTATE
INVESTMENTS III, LLC; DCS REAL
ESTATE INVESTMENTS IV, LLC; DCS
REAL ESTATE INVESTMENTS IV-A,
LLC; DCS REAL ESTATE
INVESTMENTS V, LLC; BELLA
COLLINA PROPERTY OWNERS
ASSOCIATION, INC.; DAVID
BURMAN; AEGIS COMMUNITY
MANAGEMENT SOLUTIONS, INC.;
RANDALL F. GREENE; KEITH
CLARKE; PAUL LEBREUX; RICHARD
C. ARRIGHI; JAMES D. RYAN;
MICHAEL J. RYAN; THE RYAN LAW
GROUP, LLC; CULLEN D'AMBROSIO;
ROCKING RED H, LLC; RICKY L.
SCHARICH; BELLA COLLINA
TOWERS, LLC,

    Defendants.
_____

## ORDER

This cause is before the Court *sua sponte*.

On March 3, 2017, the Court ordered that this case be transferred to the U.S. District Court for the Middle District of Florida, Ocala Division for all further proceedings. (Doc. 4 ("**Transfer Order**").) Thereafter, the Clerk transferred the matter and assigned a new case number, 5:17-cv-86-Oc-40-PRL. (*See* Doc. 12 ("**Ocala Case**").) Consequently, all pending motions were terminated, including Defendants' motion for a more definite statement. (*See* Doc. 8 ("**Motion**").) Despite the Transfer Order, on March 20, 2017, Plaintiffs filed their response to the Motion on this docket. (*See* Doc. 13.) It is apparent that Plaintiffs should have filed their response in the Ocala Case. Thus, if Plaintiffs choose to refile their response, they should do so in the appropriate case.

Accordingly, the Clerk is **DIRECTED** to **STRIKE** Plaintiffs' Response and Incorporated Memorandum of Law to Defendants' Motion[] for a More a Particular Statement (Doc. 13).

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 23, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record